**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **K DENTAL, LLC** | **No.  25-10693-amc** |
| **Debtor.** | |

## ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Posel Enterprises, a creditor and party-in-interest in the above-captioned case, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

**LUNDY, BELDECOS & MILBY, P.C.**

Date:   2/25/2025           By:     */s/ Jessica M. Gulash*
                                    **JESSICA M. GULASH, ESQUIRE**
                                    PA ID # 208463
                                    450 N. Narberth Avenue, Suite 200
                                    Narberth, PA 19072
                                    (610) 668-0772
                                    jgulash@lbmlaw.com